IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02520-RPM

EDWARD CEROVSKI,

    Plaintiff,

v.

AMARR GARAGE DOORS, INC.,

    Defendant.

---

## ORDER FOR DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [8], it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated: May 28th, 2010

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge